

**Service of Process Transmittal**
09/24/2021
CT Log Number 540303629

| | |
|---|---|
| **TO:** | Kim Lundy- Email<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Martinez Sherry L. // To: WALMART INC.<br>*Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | Summonses, Complaint, Attachment |
| **COURT/AGENCY:** | Tazewell County Circuit Court, IL<br>Case # 2021L000089 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 08/23/2020, 401 River Road, City of East Peoria, Tazewell, DE. |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/24/2021 at 03:48 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | G. Douglas Stephens<br>Stephens, Fiddes, McGill & Associates, P.C.<br>456 Fulton Street<br>Suite 222<br>Peoria, IL 61602<br>309-637-2667 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/24/2021, Expected Purge Date: 09/29/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| **Date:** | Fri, Sep 24, 2021 |
| **Server Name:** | Sheriff Drop |

| | |
|---|---|
| Entity Served | WALMART INC. |
| Case Number | 2021L000089 |
| Jurisdiction | IL |





IN THE CIRCUIT COURT FOR THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY | ILLINOIS

| | |
|---|---|
| SHERRY L. MARTINEZ,<br><br>      Plaintiff,<br><br>v.<br><br>WALMART, INC., d/b/a WALMART SUPERCENTER #1028 ,<br><br>      Defendant. | Case No.: 2021-L-<br>**2021-L-000089**<br><br>Jury Demand |

### SUMMONS

**PLEASE SERVE:**    CT Corporation System for Walmart
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**TO EACH DEFENDANT:** You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the office of the Clerk of this Court, located in the Tazewell County Courthouse, Pekin, Illinois, within thirty (30) days after service of this Summons, exclusive of the day of service. If you fail to do so, a Judgment or Decree by Default may be taken against you for the relief prayed in the Complaint.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp

**TO THE OFFICER:** This Summons must be returned by the officer, or other person, to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

WITNESS: _____September 16_____, 20__21__.

_____ Clerk.

BY: _____SW_____ Deputy.

STEPHENS, FIDDES, McGILL & ASSOCIATES, P.C.
456 Fulton Street - Suite 222
Peoria, Illinois 61602
Telephone: (309) 637-2667
Facsimile: (309) 637-1106
Email: gdstephens@sfmlegal.com

**DATE OF SERVICE:** _____.
(To be inserted by officer on copy left With the Defendant or other person.)





\* 5 0 1 0 7 1 0 5 \*

IN THE CIRCUIT COURT FOR THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY | ILLINOIS

SHERRY L. MARTINEZ,

    Plaintiff,

v.

WALMART, INC., d/b/a WALMART
SUPERCENTER #1028,

    Defendant.

Case No.: 2021-L-
2021-L-000089

Jury Demand

## SUMMONS

**PLEASE SERVE:**    CT Corporation System for Walmart
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**TO EACH DEFENDANT:** You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the office of the Clerk of this Court, located in the Tazewell County Courthouse, Pekin, Illinois, within thirty (30) days after service of this Summons, exclusive of the day of service. If you fail to do so, a Judgment or Decree by Default may be taken against you for the relief prayed in the Complaint.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp

**TO THE OFFICER:** This Summons must be returned by the officer, or other person, to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

WITNESS: September 16, 2021.

_____ Clerk.

BY: SW _____ Deputy.

STEPHENS, FIDDES, McGILL & ASSOCIATES, P.C.
456 Fulton Street - Suite 222
Peoria, Illinois 61602
Telephone: (309) 637-2667
Facsimile: (309) 637-1106
Email: gdstephens@sfmlegal.com

**DATE OF SERVICE:** _____.
(To be inserted by officer on copy left With the Defendant or other person.)



FILED
9/16/2021 8:28 AM
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS
REVIEWED BY: SW

IN THE CIRCUIT COURT FOR THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY | ILLINOIS

| | |
|---|---|
| SHERRY L. MARTINEZ, | THIS CASE IS SET FOR A MANAGEMENT CONFERENCE ON March 17, 2022, 20__ AT 9:15 a.m. AM PM IN COURTROOM 101 OF Tazewell County Courthouse in Pekin, IL. IF THE DEFENDANT(S) ANSWER(S) MORE THAN 35 DAYS BEFORE THIS DATE, THEN THE PARTIES SHALL SCHEDULE A CASE MANAGEMENT CONFERENCE WITHIN 35 DAYS OF THE DATE THE ANSWER'S FILED. |
| Plaintiff, | |
| v. | Case No.: ~~Jury Demand~~ |
| WALMART, INC., d/b/a WALMART SUPERCENTER #1028, | 2021-L-000089 |
| Defendant. | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, SHERRY L. MARTINEZ, by and through her attorneys, STEPHENS, FIDDES, McGILL & ASSOCIATES, P.C., and complaining of the Defendant, WALMART, INC. d/b/a WALMART SUPERCENTER #1028 (hereinafter "Walmart"), states as follows:

1. Plaintiff, Sherry L. Martinez, resides in the City of East Peoria, County of Tazewell, and the State of Illinois.

2. Defendant Walmart is a corporation organized and existing under the laws of the State of Delaware, with a place of business located at 401 River Road, City of East Peoria, County of Tazewell, State of Illinois (hereinafter "Defendant's Premises").

3. That at all times relevant, the Defendant's Premises was owned, maintained and controlled by Walmart, its agents, employees and/or representatives.

4. That on or about July 23, 2020, Plaintiff was a business visitor and/or invitee to the store, and while walking down an aisle in the store, there was water on the surface of the floor.

5. That said water on the surface of the floor caused Plaintiff to slip and fall, resulting in serious injuries to the Plaintiff.

1



6. That at the aforesaid time and place, Defendant, Walmart, knew or through reasonable means should have known that said water on the surface of the floor posed a reasonably foreseeable risk of injury to all business visitors and/or invitees upon the Defendant's Premises.

7. That at all times relevant, Defendant was under a duty to act with reasonable care for the safety of others and in breach of said duty, Defendant carelessly and negligently committed one or more of the following acts and/or omissions:

    a. That Defendant failed to properly inspect the aisles of Defendant's Premises for water, irregularities or hazards, knowing such water, irregularities or hazards posed a reasonably foreseeable risk of harm to persons upon Defendant's Premises;

    b. That Defendant failed to properly maintain and/or clean up the said water on the surface of the floor, knowing that said water on the surface of the floor posed a reasonably foreseeable risk of harm to persons upon Defendant's Premises;

    c. That Defendant failed to properly warn persons on the Defendant's Premises of said water on the surface of the floor, knowing that said water on the surface of the floor posed a reasonably foreseeable risk of harm to person upon Defendant's Premises; and

    d. That Defendant failed to limit access near said water on the surface of the floor, knowing that said water posed a reasonably foreseeable risk of harm to persons upon Defendant's Premises.

8. As a direct and proximate result of one or more of the aforesaid negligent and careless acts or omissions by the Defendant, Plaintiff, Sherry L. Martinez, while walking upon

Defendant's Premises slipped and fell due to said water on the surface of the floor and as a direct and proximate result of the slip and fall, Plaintiff suffered serious and grievous injuries.

9. As a direct and proximate result of one or more of the aforesaid negligent and careless acts or omissions, Plaintiff sustained various bodily injuries and has suffered great physical pain and mental anguish as a result of said injuries. Further, the Plaintiff has in the past and will in the future expend and become obligated to expend large sums of money for doctor bills, hospital bills and other bills for medical attention in an effort to be cured of the various injuries sustained and has been hindered and prevented from attending to Plaintiff's usual business and affairs with consequent losses and has in the past and will in the future be hindered, hampered and prevented from carrying on ordinary affairs and duties to the same extent and in the same manner as she was able to do prior to the injuries.

WHEREFORE, the Plaintiff, SHERRY L. MARTINEZ, prays that this Honorable Court enter a Judgment against the Defendant, WALMART, INC. d/b/a WALMART SUPERCENTER #1028, in an amount in excess of $50,000.00, plus costs of this suit and demands a trial by jury of this Count.

**PLAINTIFF DEMANDS A TRIAL BY JURY OF TWELVE ON ALL COUNTS**

SHERRY L. MARTINEZ, Plaintiff,

BY: _____
G. DOUGLAS STEPHESN
STEPHENS, FIDDES, McGILL & ASSOCIATES, P.C.

G. DOUGLAS STEPHENS, ARDC No.: 2724146
STEPHENS, FIDDES, McGILL & ASSOCIATES, P.C.
456 Fulton Street – Suite 222
Peoria, Illinois 61602
Telephone: (309) 637-2667
Facsimile: (309) 637-1106
Primary Email: gdstephens@sfmlegal.com

3



IN THE CIRCUIT COURT FOR THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY | ILLINOIS

| | |
|---|---|
| SHERRY L. MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC., d/b/a WALMART SUPERCENTER #1028, <br><br> Defendant. | Case No.: 2021-L- <br><br><br> Jury Demand |

### ILLINOIS SUPREME COURT RULE 222(b) AFFIDAVIT
### ATTACHMENT TO COMPLAINT AT LAW

I, G. Douglas Stephens, am an attorney with the law firm of STEPHENS, FIDDES, McGILL & ASSOCIATES, P.C., and being the undersigned, over eighteen (18) years of age, of sound mind, and duly sworn under oath, voluntarily and of my own freewill, hereby depose and state that I represent the above-listed Plaintiff(s) in a personal claim against the above-listed Defendant(s) and that our investigation of the aforesaid personal injury claim, as laid out in the Complaint at Law, indicates that the amount sought:

    ☒ Exceeds $50,000.00
    ☐ Does Not Exceed $50,000.00

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certified that the statements set forth in this instrument are true and correct, except as to the matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that she verily believes the same to be true.

            _____
               G. DOUGLAS STEPHENS
            STEPHENS, FIDDES, McGILL & ASSOCIATES, P.C.

G. DOUGLAS STEPHENS, ARDC No.: 2724146
STEPHENS, FIDDES, McGILL & ASSOCIATES, P.C.
456 Fulton Street - Suite 222
Peoria, Illinois 61602
Telephone: (309) 637-2667
Facsimile: (309) 637-1106
Primary Email: gdstephens@sfmlegal.com